FILED
CHARLOTTE, NC
DEC 27 2011
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

Gretchen Loflin
**PLAINTIFF,**

VS.

McAngus, Goudelock +

**DEFENDANT(S).**

**COMPLAINT**

CASE NO. 3:11cv656-MOC

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e(5). Equitable and other relief are also sought under 42 U.S.C. 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. Sections 1331, 1343 and 42 U.S.C. Sections 1981 et seq. Where employment discrimination is based upon age is alleged, jurisdiction is conferred by 29 U.S.C. Sections 626(c)(1) and 626(e) and appropriate relief is also sought.

## B. PARTIES

1. **Name of Plaintiff:** Gretchen Loflin
   **Address:** 5420 Bannock Glen Dr.
   Charlotte, NC 28212

2. **Name of first Defendant:** McAngus, Goudelock & Courie
   **Address:** 6302 Fairview Rd.
   Suite 700
   Charlotte, NC 28210

3. **Name of second Defendant:** _____
   **Address:** _____

4. **Name of fourth Defendant:** _____
   **Address:** _____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

   McAngus, Goudelock & Courie
   6302 Fairview Rd.
   Suite 700
   Charlotte, North Carolina 28210

2. The discriminatory acts occurred on or about:

   September 3rd, 2009 (Month, Day, Year)

3. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

   March 30th, 2010 (Month, Day, Year)

4. The Equal Employment Opportunity commission sent the attached "Notice of Right to Sue" which I received on:

   October 1st, 2011 (Month,Day,Year)
   (Please attach the "Notice of Right to Sue" to this complaint.)

5. The discriminatory acts that are the basis of this suit are:

   a. ____ Failure to employ me.
   b. ____ Failure to promote me.
   c. ✓ Termination of my employment.
   d. ____ Demotion.
   e. ____ Denied equal pay/work.
   f. ____ Sexual harassment.
   g. ____ General harassment.
   h. ____ Other acts (Be specific: Attach an additional sheet if necessary)

   • No regard to current medical condition which caused extreme results.
   • Retaliation due to future employment reference.

6. Defendant's conduct is discriminatory with respect to:

   a. ____ my race          d. ____ my religion
   b. ____ my color         e. ____ my national origin
   c. ____ my sex           f. ____ my age

   * wrongful termination and retaliation.

7. I believe that the defendant is still committing these acts against me.

   YES ✓          NO ____

## D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts form the basis for my allegations:

a. (1) Count I: Wrongful Termination

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
Please see attached document 1

b. (1) Count II: Retaliation

(2) Supporting Facts:
Please see attached document 2

## E. INJURY

How have you been injured by the actions of the defendant(s)?
Severe mental anguish and distress major depressive disorder from not being able to obtain employment in the feild I have worked hard to acheive.

# F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action? YES____ NO____

If your answer is "YES", describe each lawsuit. (If there are more than one lawsuits, describe additional lawsuits on additional separate pages, using the same outline.)

1. **Parties to previous lawsuits:**

Plaintiff(s):_____

Defendant(s):_____

2. **Name of court and case or docket number:**

_____

3. **Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)**

_____
_____
_____

4. **Issued raised:**

_____
_____
_____

5. **When did you file the lawsuit?** _____
                                                    **Date: Month/Year**

6. When was it (will it be) decided? _____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?

YES _____ NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____
_____
_____
_____

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

The paralegal salary I have missed for the past 2+ years and the relief for the continual mental distress and continued anxiety issues I will have possibly forever.

## JURY TRIAL REQUESTED

YES _____ NO _____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C.§1746; 18 U.S.C. §1621.

Executed at _____ on _____.
      (Location)       (Date)

*Gretchen Laflin*
**Signature**