UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00656-MOC-DSC

| | | |
|---|---|---|
| **GRETCHEN LOFLIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MCANGUS, GOUDELOCK & COURIE,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on review of case status. Review of the pleadings reveals that this *pro se* action was filed December 27, 2011, that a summons was issued January 17, 2012, and that a Notice of Lack of prosecution was sent to plaintiff on August 7, 2012, informing plaintiff that she had failed to effectuate service within 120 days and warning her that the action could be dismissed for want of prosecution. Review of the pleadings reveals that despite the passage of more than seven months, plaintiff has neither served defendant nor responded in any way to the court's Notice.

**ORDER**

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED** for failure to prosecute.

Signed: April 3, 2013

Max O. Cogburn Jr.
United States District Judge